SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
LEEMANUEL WEILCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SOMER ROSE, INC.; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 2:20-cv-03494-JWH-SKx**<br><br>**Judgment** |

　　　　Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

　　　　1.　　Plaintiff LEEMANUEL WEILCH shall have JUDGMENT in his favor in the amount of $4,000.00 in statutory damages and $3,640.00 in attorneys' fees and costs, totaling $7,640.00, against Defendant SOMER ROSE, INC.

　　　　2.　　Defendant SOMER ROSE, INC. is ordered to provide an accessible parking space at the property located at 6954 Atlantic Ave., Long Beach, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

3. Fictionally named party defendants DOES 1 to 10 are **DISMISSED**, with prejudice.

4. To the extent that Plaintiff LEEMANUEL WEILCH seeks any other relief in this action, it is **DENIED**.

**IT IS SO ORDERED**

Dated: December 7, 2020            By: _____
                                       Hon. John W. Holcomb
                                       United States District Judge